

IT IS SO ORDERED
AS MODIFIED
Judge James Ware

GALTON & HELM LLP
ROBERT F. KEEHN, State Bar No. 115848
E-Mail: rkeehn@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendants CONTINENTAL CASUALTY COMPANY and SYMBOL TECHNOLOGIES, INC. GROUP DISABILITY PLAN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| REBECA PACHECO,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, et al.,<br><br>Defendants. | CASE NO. C04-05147 JW<br><br>**STIPULATION AND APPLICATION RE: ORDER CONTINUING MOTION HEARING CUTOFF AND RELATED DATES** |

Plaintiff Rebeca Pacheco and defendants Continental Casualty Company and Symbol Technologies, Inc. Group Disability Plan,[1] by and through their respective counsel in the above-entitled action, hereby stipulate to and respectfully apply to the Court for an order modifying the existing scheduling in this case. The parties seek a continuance of the motion hearing cutoff to March 20, 2006, with the deadline for the filing of the Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order and the date for the Preliminary Pretrial and Trial Setting

---

[1] Three other defendants, Symbol Technologies, Inc. Welfare Medical Plan, Symbol Technologies, Inc. Employee Benefit Plan, and Symbol Technologies Associate Retirement Trust, were dismissed without prejudice approximately two months ago.

5159 / 91091.1

1

Case No. C04-05147 JW
STIPULATION AND APPLICATION RE: ORDER
CONTINUING MOTION HEARING CUTOFF
AND RELATED DATES

1 Conference continued accordingly, to dates convenient to the Court. (Currently, the
2 motion hearing cutoff is/was December 12, 2005; the deadline for filing the
3 Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order is
4 January 13, 2006; and the Preliminary Pretrial and Trial Setting Conference is
5 scheduled on the morning of January 23, 2006.)

7     The parties respectfully submit that good cause exists for the order sought. In
8 accordance with the parties' Joint Case Management Statement and the Court's April
9 12, 2005 Scheduling Order, the parties intend to conduct a mediation in this case.
10 However, due to the schedules of counsel and their respective clients, the parties
11 were unable to schedule a mediation any earlier than February 2, 2006. A mediation
12 with Scott Douglas, Esq. will be held in Los Angeles on that date with counsel and
13 their respective clients in attendance. Although the parties are optimistic that the
14 matter will be resolved at the mediation, they nonetheless wish to continue the
15 existing scheduling in the case, in order to conserve their resources and the
16 resources of the Court.

18     IT IS SO STIPULATED.

20 DATED: December 15, 2005    KANTOR & KANTOR, LLP

22 By: _____
    GLENN R. KANTOR
    PETER S. SESSIONS
23 Attorneys for Plaintiff REBECA PACHECO

24 ///
25 ///
26 ///
27 ///
28 ///

5159/91091.1      2      Case No. C04-05147 JW
STIPULATION AND APPLICATION RE: ORDER
CONTINUING MOTION BRIEFING SCHEDULE

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

1  DATED: December 16, 2005   GALTON & HELM LLP

2

3  By: _____
    ROBERT F. KEEHN
4  Attorneys for Defendants CONTINENTAL
   CASUALTY COMPANY and SYMBOL
5  TECHNOLOGIES, INC. GROUP
   DISABILITY PLAN

6

7

8                          **ORDER**

9

10     GOOD CAUSE THEREFOR APPEARING, the last day for hearing

11  dispositive motions in the above-entitled action is continued to March 20, 2006 at

12  9:00 a.m.; the attorneys who will try the case shall confer with one another and file

13  and lodge with Chambers by no later than ___April 10_____, 2006 a

14  Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order

15  addressing the matters set forth in the Court's April 12, 2005 Scheduling Order; and

16  the Preliminary Pretrial and Trial Setting Conference is continued to 11:00 a.m. on

17  ___April 17_____, 2006.

18

19     IT IS SO ORDERED.

20

21  Dated: __December 22__, 2005   _____
                                    UNITED STATES DISTRICT JUDGE

---

5159 / 91091.1    3    Case No. C04-05147 JW
STIPULATION AND APPLICATION RE: ORDER
CONTINUING MOTION BRIEFING SCHEDULE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 500 South Grand Avenue, Suite 1200, Los Angeles, California 90071-2624.

On December 16, 2005, I served the following document(s) described as **STIPULATION AND APPLICATION RE: ORDER CONTINUING MOTION HEARING CUTOFF AND RELATED DATES** on the interested party(ies) in this action as follows:

☒ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 629-0037. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

Executed on December 16, 2005, at Los Angeles, California.

_____
KELLY BREOR

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

## SERVICE LIST

## PACHECO v. CONTINENTAL CASUALTY COMPANY

Glenn R. Kantor, Esq.  
Peter Sessions, Esq.  
Kantor & Kantor, LLP  
17216 Parthenia Street  
Northridge, CA 91325

Telephone: (818) 886-2525  
Facsimile: (818) 350-6272

GALTON & HELM LLP  
500 SOUTH GRAND AVENUE, SUITE 1200  
LOS ANGELES, CALIFORNIA 90071-2624  
TELEPHONE: (213) 629-8800

2