GALTON & HELM LLP
ROBERT F. KEEHN, State Bar No. 115848
E-Mail:  rkeehn@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendants CONTINENTAL CASUALTY COMPANY and SYMBOL TECHNOLOGIES, INC. GROUP DISABILITY PLAN

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| REBECA PACHECO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, et al.,<br><br>　　　　　Defendants. | CASE NO. C04-05147 JW<br><br>**STIPULATION OF DISMISSAL [PROPOSED] ORDER**<br><br>[F.R.Civ.P. 41(a)(1)] |

　　　Plaintiff Rebeca Pacheco and defendants Continental Casualty Company and Symbol Technologies, Inc. Group Disability Plan, by and through their respective counsel, hereby stipulate to the dismissal of the above-entitled action, in its entirety and with prejudice, each party to bear her or its own costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

DATED: ~~February~~ March 3, 2006    KANTOR & KANTOR, LLP

By: _____ For
GLENN R. KANTOR
Attorneys for Plaintiff Rebeca Pacheco

DATED: ~~February~~ MARCH 23, 2006    GALTON & HELM LLP

By: _____
ROBERT F. KEEHN
Attorneys for Defendants CONTINENTAL
CASUALTY COMPANY and SYMBOL
TECHNOLOGIES, INC. GROUP
DISABILITY PLAN

**ORDER**

IT IS SO ORDERED.

Dated: March 23, 2006

_James Ware_
UNITED STATES DISTRICT JUDGE

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 500 South Grand Avenue, Suite 1200, Los Angeles, California 90071-2624.

    On March 23, 2006, I served the following document(s) described as **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** on the interested party(ies) in this action as follows:

☒    by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☒    **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐    **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 629-0037. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐    **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐    **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐    **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

    Executed on March 23, 2006, at Los Angeles, California.

_____
KELLY BREOR

## SERVICE LIST

## PACHECO v. CONTINENTAL CASUALTY COMPANY

Glenn R. Kantor, Esq.  
Peter Sessions, Esq.  
Kantor & Kantor, LLP  
17216 Parthenia Street  
Northridge, CA 91325

Telephone: (818) 886-2525  
Facsimile: (818) 350-6272